United States Bankruptcy Court for the:

Northern District of Texas

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  8787 Ricchi LLC

2. **All other names debtor used in the last 8 years**  Eldorado Towers

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)  84-3815397

4. **Debtor's address**

   **Principal place of business**
   8777 and 8787 N. Stemmons Fwy.
   Number    Street

   Dallas          TX     75247
   City            State  ZIP Code

   Dallas County
   County

   **Mailing address, if different from principal place of business**
   1111 W. Mockingbird Ln.
   Number    Street
   Suite 1111
   P.O. Box

   Dallas          TX     75247
   City            State  ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   _____
   City            State  ZIP Code

5. **Debtor's website** (URL)  _____

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 1

Debtor __8787 Ricchi LLC_____   Case number (*if known*)_____
      Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .<br>531120 |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check **all** that apply*:<br>    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).<br>    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>    ☐ A plan is being filed with this petition.<br>    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes.  District _____  When _____  Case number _____<br>                                    MM / DD / YYYY<br>        District _____  When _____  Case number _____<br>                                    MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes.  Debtor _____  Relationship _____<br>        District _____  When _____<br>                                                  MM / DD / YYYY<br>        Case number, if known _____ |

Debtor    __8787 Ricchi LLC_____    Case number (*if known*)_____
      Name

| 11. **Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
|---|---|
| 12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>    Number    Street<br>_____<br>_____<br>City    State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>    Contact name _____<br>    Phone _____ |

### Statistical and administrative information

| 13. **Debtor's estimation of available funds** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|
| 14. **Estimated number of creditors** | ☑ 1-49     ☐ 1,000-5,000     ☐ 25,001-50,000<br>☐ 50-99     ☐ 5,001-10,000     ☐ 50,001-100,000<br>☐ 100-199     ☐ 10,001-25,000     ☐ More than 100,000<br>☐ 200-999 |
| 15. **Estimated assets** | ☐ $0-$50,000     ☑ $1,000,001-$10 million     ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000     ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000     ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million     ☐ $100,000,001-$500 million     ☐ More than $50 billion |

Debtor __8787 Ricchi LLC_____    Case number (*if known*)_____
      Name

| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☒ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
|---|---|---|---|

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __03/31/2025__
             MM / DD / YYYY

✗ __/s/ Leobardo Treviño_____    __Leobardo Treviño_____
Signature of authorized representative of debtor    Printed name

Title __Manager_____

**18. Signature of attorney**

✗ __/s/ Frank Wright_____    Date __03/31/2025__
Signature of attorney for debtor          MM / DD / YYYY

__Frank Wright_____
Printed name
__Law Offices of Frank J. Wright, PLLC_____
Firm name
__1800 Valley View Lane 250_____
Number     Street
__Farmers Branch_____    __TX__    __75234_____
City    State    ZIP Code

__214-238-4153_____    __frank@fjwright.law_____
Contact phone    Email address

__22028800_____    __TX_____
Bar number    State

**Fill in this information to identify the case:**

Debtor name: 8787 Ricchi LLC

United States Bankruptcy Court for the: Northern District of Texas

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Dallas County<br>c/o John R. Ames<br>500 Elm Street<br>Dallas, TX, 75202 | | Taxes & Other Government Units | | | | 182,948.38 |
| 2 | Parrish Security Group<br>2711 N. Haskell Ave.<br>Suite C125<br>Dallas, TX, 75204 | | Services | | | | 41,449.19 |
| 3 | Aire Design Systems Inc.<br>1924 Old Denton Road #102<br>Carrollton, TX, 75006 | | Suppliers or Vendors | | | | 34,111.77 |
| 4 | Datawatch Systems<br>c/o Cogency Global, Inc.<br>1601 Elm St., Suite 4360<br>Dallas, TX, 75201 | | Suppliers or Vendors | | | | 24,388.85 |
| 5 | The Salvation Army<br>c/o Cogency Global, Inc.<br>1601 Elm St., Suite 4360<br>Dallas, TX, 75201 | | Security Deposit | | | | 24,316.00 |
| 6 | Professional Dynamic Quality<br>1806 Cripple Creek Drive<br>Garland, TX, 75041 | | Services | | | | 19,614.72 |
| 7 | NAI Robert Lynn<br>Attn: Christi Tabarretti<br>4851 LBJ Freeway Suite 1<br>Dallas, TX, 75244 | | Services | | | | 12,598.04 |
| 8 | Linares Lawn Care<br>c/o Luis Linares<br>1818 Cottonwood Rd<br>Carrollton, TX, 75006 | | Services | | | | 10,108.00 |

Official Form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          page 1

Debtor __8787 Ricchi LLC_____     Case number (*if known*)_____
        Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Advantage Water Engineering, LLC 9113 Sovereign Row Dallas, TX, 75247 | | Services | | | | 9,746.16 |
| 10 | Cantrell McCulloch Incorporated 12750 Merit Drive Suite 800 Dallas, TX, 75251 | | Services | | | | 8,746.58 |
| 11 | McFarland Plumbing Services LLC 114 N. Church St. Jacksboro, TX, 76458 | | Services | | | | 8,307.00 |
| 12 | A & F Elevator Company, Inc. 620 Easy Street Garland, TX, 75042 | | Services | | | | 6,051.18 |
| 13 | AT&T c/o CT Corporation System 1999 Bryan St., Ste. 900 Dallas, TX, 75201 | | Suppliers or Vendors | | | | 5,093.27 |
| 14 | Antonio Santos 1202 Ridgeway Dr Richardson, TX, 75080 | | Services | | | | 5,010.00 |
| 15 | Anytime Building Services LLC c/o Justin R Yarbrough 1121 N Hwy 175 Seagoville, TX, 75159 | | Suppliers or Vendors | | | | 4,735.94 |
| 16 | Garratt Callahan 13721 Welch Road Dallas, TX, 75244 | | Services | | | | 4,319.16 |
| 17 | EMEEL LLC 6011 Cedar Glen Ct. Grand Prairie, TX, 75052 | | Services | | | | 3,350.00 |
| 18 | Dunn & Sheehan LLP 5910 N. Central Expressway Suite 1310 Dallas, TX, 75206 | | Services | | | | 3,102.50 |
| 19 | Brightline Insurance LLC 15305 Dallas Parkway Suite 100 Addison, TX, 75001 | | Services | | | | 3,016.64 |
| 20 | Tirion Works Management, Inc. c/o CSC - Lawyers Inco 211 E. 7th Street, Suite 620 Austin, TX, 78701 | | Services | | | | 2,898.66 |

**Fill in this information to identify the case and this filing:**

Debtor Name __8787 Ricchi LLC_____

United States Bankruptcy Court for the: __Northern District of Texas__

Case number (*If known*): _____

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ❑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ❑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ❑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ❑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ❑ *Schedule H: Codebtors* (Official Form 206H)
- ❑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ❑ Amended *Schedule* ____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ❑ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __03/31/2025__    ✘ __/s/ Leobardo Treviño_____
MM / DD / YYYY                   Signature of individual signing on behalf of debtor

__Leobardo Treviño_____
Printed name

__Manager_____
Position or relationship to debtor

Official Form 202    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

7800 Ricchi, LLC
1111 W. Mockingbird Ln.
Suite 1111
Dallas, TX 75247


8700 Ricchi, LLC
1111 W. Mockingbird Ln.
Suite 1111
Dallas, TX 75247


87STE Lending, LLC
c/o Cogency Global, Inc.
850 New Burton Road, Suite 201
Dover, DE 19904


901 Investment Group LLC
1111 W. Mockingbird Ln.
Suite 1111
Dallas
TX 75247


901 Investments, LLC
1111 W. Mockingbird Ln.
Suite 1111
Dallas, TX 75247


A & F Elevator Company, Inc.
620 Easy Street
Garland, TX 75042


Advantage Water Engineering, LLC
9113 Sovereign Row
Dallas, TX 75247


Aire Design Systems Inc.
1924 Old Denton Road #102
Carrollton, TX 75006


Angel Gomez, M.D.
8787 N. Stemmons Fwy
Unit 270
Dallas, TX 75247


Antonio Santos
1202 Ridgeway Dr
Richardson, TX 75080


Anytime Building Services LLC
c/o Justin R Yarbrough
1121 N Hwy 175
Seagoville, TX 75159

AT&T
c/o CT Corporation System
1999 Bryan St., Ste. 900
Dallas, TX 75201


B Select Services
8777 N. Stemmons Fwy
Unit 150
Dallas, TX 75247


Brightline Insurance LLC
15305 Dallas Parkway
Suite 100
Addison, TX 75001


Cantrell McCulloch Incorporated
12750 Merit Drive
Suite 800
Dallas, TX 75251


City of Dallas
City Hall, 2D South
Dallas, TX 75277


Community Waste Disposal, L.P.
c/o Capitol Corporate Services, Inc.
1501 S Mopac Expy, Ste 220
Austin, TX 78746


Dallas County
c/o John R. Ames
500 Elm Street
Dallas, TX 75202


Dallas Water Utilities
1500 Marilla Street
Room 4A North
Dallas, TX 75201


Datawatch Systems
c/o Cogency Global, Inc.
1601 Elm St., Suite 4360
Dallas, TX 75201


Dunn & Sheehan LLP
5910 N. Central Expressway
Suite 1310
Dallas, TX 75206

Eduardo Leon
3507 Maybeth Street
Dallas, TX 75212


EMEEL LLC
6011 Cedar Glen Ct.
Grand Prairie, TX 75052


FTS Group LLC
4739 Maple Ave.
Dallas, TX 75219


Garratt Callahan
13721 Welch Road
Dallas, TX 75244


High Point Ricchi, LLC
1111 W. Mockingbird Ln.
Suite 1111
Dallas, TX 75247


Howard M. Srebnick
Black Srebnick PA
201 S. Biscayne Blvd., Suite 1300
Miami, FL 33131


Hudson Energy Services LLC
c/o CSC-Lawyers Inco
211 E. 7th Street, Suite 620
Austin, TX 78701


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101


Joel Rheman
Sullins Johnston Rohrbach & Magers
2200 Phoenix Tower, 3200 Southwest Freew
Houston, TX 77027


Joy Promotions, Inc.
8787 N. Stemmons Fwy
Unit 220
Dallas, TX 75247


Kapela LLC
1111 W. Mockingbird Ln.
Suite 1111
Dallas, TX 75247

Kapela LLC  
1111 W. Mockingbird Ln.  
Suite 1111  
Dallas  
TX 75247  

Leobardo Trevino  
1111 W. Mockingbird Ln.  
Suite 1111  
Dallas, TX 75247  

Linares Lawn Care  
c/o Luis Linares  
1818 Cottonwood Rd  
Carrollton, TX 75006  

McFarland Plumbing Services LLC  
114 N. Church St.  
Jacksboro, TX 76458  

Merriman Anderson Architects, Inc.  
300 N. Field Street  
Dallas, TX 75202  

NAI Robert Lynn  
Attn: Christi Tabarretti  
4851 LBJ Freeway Suite 1  
Dallas, TX 75244  

Office of the United States Trustee  
Earle Cabell Federal Building  
1100 Commerce Street, Room 976  
Dallas, TX 75242  

On-Air Media  
8777 N. Stemmons Fwy  
Unit 135  
Dallas, TX 75247  

On-Air Media  
8777 N. Stemmons Fwy  
Unit 122  
Dallas, TX 75247  

ORE Financial Services, LLC  
c/o Quentin Thompson  
25511 Budde Rd. #1603  
Spring, TX 77380

Parrish Security Group
2711 N. Haskell Ave.
Suite C125
Dallas, TX 75204


Professional Dynamic Quality
1806 Cripple Creek Drive
Garland, TX 75041


Profeta de la Felicidad
8777 N. Stemmons Fwy
Unit 115
Dallas, TX 75247


R Evolve Solutions LLC
2512 Rosehill Ln
Plano, TX 75093


Ricchi Plaza Dallas, LLC
1111 W. Mockingbird Ln.
Suite 1111
Dallas, TX 75247


Ricchi Towers, LLC
1111 W. Mockingbird Ln.
Suite 1111
Dallas, TX 75247


Riloma, LLC
1111 W. Mockingbird Ln.
Suite 1111
Dallas, TX 75247


Robert Dunlap
Freedman Normand Friedland LLP
1 SE 3rd Avenue, Suite 1240
Miami, FL 33131


Ruben Salinas
2512 Rosehill Ln
Plano
TX 75093


Spectrum (Charter Communications)
PO Box 60074
City of Industry, CA 91716


T-Mobile West Corporation
c/o CSC - Lawyers Inco
211 E. 7th Street, Suite 620
Austin, TX 78701

Texas Comptroller of Public Accounts
111 E. 17th St.
Austin, TX 78774


Texas Workforce Commission
101 E 15th Street
Austin, TX 78778


Thank You Nurses Ltd
8787 N. Stemmons Fwy
Unit 280
Dallas, TX 75247


The Local Federal Credit Union
8787 N. Stemmons Fwy
Unit 185
Dallas, TX 75247


The Salvation Army
c/o Cogency Global, Inc.
1601 Elm St., Suite 4360
Dallas, TX 75201


The Turner Firm
8787 N. Stemmons Fwy
Unit 210
Dallas, TX 75247


The University of Texas Arlington
8777 N. Stemmons Fwy
Unit 200
Dallas, TX 75247


Tirion Works Management, Inc.
c/o CSC - Lawyers Inco
211 E. 7th Street, Suite 620
Austin, TX 78701


Transport Workers Union
8787 N. Stemmons Fwy
Unite 600
Dallas, TX 75247


U.S. Department of Labor, Wage and Hour Divis
525 S. Griffin
Suite 707
Dallas, TX 75202

UAW
8787 N. Stemmons Fwy
Unit 350
Dallas, TX 75247


United States Department of Justice
c/o Money Laundering & Asset Recovery Se
1400 New York Avenue NW
Washington, DC 20005


William I. Gardner
Ziegler Gardner Bell PLLC
901 Main Street, Suite 4960
Dallas, TX 75202

United States Bankruptcy Court

Northern District of Texas

In re: 8787 Ricchi LLC

Case No.

Chapter 11

Debtor(s)

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 03/31/2025

/s/ Leobardo Treviño
Signature of Individual signing on behalf of debtor

Manager
Position or relationship to debtor